# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINIDAD HORTA,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al,

    Defendants.

Case No. 2:08-CV-01436-LDG

**ORDER**

On June 15, 2011, this court dismissed Plaintiff's Complaint and granted Plaintiff leave to file an amended complaint within thirty days of the date of service of that order (#4). On July 7, 2011, Plaintiff's mail was returned undeliverable. "If mail directed to plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." L.R. 183(b). Accordingly,

THE COURT HEREBY ORDERS that this case is DISMISSED without prejudice for failure to prosecute.

DATED this 16 day of September, 2011.

_____
Lloyd D. George
United States District Judge